MARION H. HOLLISTER, Appellant and Respondent, *v.* PAUL M. HOLLISTER, Respondent and Appellant.

Argued March 6, 1942; decided April 16, 1942.

*John B. Doyle* for plaintiff, appellant and respondent.

*Charles Garside, Henry Cassorte Smith* and *Frederick P. Haas* for defendant, respondent and appellant.

Judgment of Appellate Division modified by striking out the provision for a declaratory judgment and as so modified affirmed, without costs, on the ground that there is no reason for granting a declaratory judgment in this action for a separation. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.